Opinion issued August 15, 2008










In The

Court of Appeals

For The

First District of Texas






NO. 01-05-00177-CV






ABBAS YAZDCHI, HABIBOLLAH YAZDCHI, AND AHMAD YAZDCHI,
Appellants


V.


TED L. WALKER, TAMMY TRAN AND PETE MAI, Appellees






On Appeal from the County Civil Court at Law No. 4

Harris County, Texas

Trial Court Cause No. 814193






MEMORANDUM OPINION Appellants Abbas Yazdchi, Habibollah Yazdchi, and Ahmad Yazdchi have
neither established indigence, nor paid or made arrangements to pay the clerk's fee
for preparing the clerk's record. See Tex. R. App. P. 20.1 (listing requirements for
establishing indigence), 37.3(b) (allowing dismissal of appeal if no clerk's record
filed due to appellant's fault). After being notified that this appeal was subject to
dismissal, appellants Abbas Yazdchi, Habibollah Yazdchi, and Ahmad Yazdchi did
not adequately respond. See Tex. R. App. P. 42.3(c) (allowing involuntary dismissal
of case).

 The appeal is dismissed for want of prosecution for failure to pay or make
arrangements to pay the clerk's fee. All pending motions are denied.

PER CURIAM

Panel consists of Justices Jennings, Keyes, and Higley.